UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

YOUSSEF NASEIF,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 26-cv-30-RSH-BJW

**ORDER REQUIRING RESPONSE TO PETITION AND SETTING BRIEFING SCHEDULE**

On January 4, 2026, Petitioner Youssef Naseif filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"). ECF No. 1. Having reviewed the Petition, the Court concludes that summary dismissal is not warranted at this time. Accordingly, the Court sets the following briefing schedule:

//

//

//

//

//

1. Respondents shall file a return to the Petition by no later than **January 20, 2026**.

2. Petitioner may, but is not required to, file a traverse in support of his Petition by no later than **January 23, 2026**.

3. A hearing on the Petition is set for **January 29, 2026** at **1:30 p.m.** in Courtroom 3B.

**IT IS SO ORDERED.**

Dated: January 6, 2026

Hon. Robert S. Huie
United States District Judge